UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MICHAEL GARDNER                          CASE NO.  6:24-CV-01027

VERSUS                                   JUDGE TERRY A. DOUGHTY

JARVIS MAYFIELD ET AL                    MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

The Report and Recommendation [Doc. No. 38] of the Magistrate Judge having been considered, no objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Process pursuant to FRCP 12(b)(6) [Doc. No. 32] filed by Defendants Jarvis Mayfield, Sara Legier, J. Guthrie, Katelyn Chautin, and the City of Lafayette, Louisiana is **GRANTED**, and Plaintiff, Michael Gardner's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 8th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE